47 So.2d 245

### TENNESSEE VALLEY SAND & GRAVEL CO. v. Hattie PILLING.
### 8 Div. 559.

Supreme Court of Alabama.
June 22, 1950.

W. F. McDonnell and McDonnell & Jones, of Sheffield, and Williams & Williams, of Russellville, for petitioner.

Guin & Guin, of Russellville, opposed.

LIVINGSTON, Justice.

This is a petition for writ of certiorari to the Court of Appeals filed by Tennessee Valley Sand & Gravel Company to review and revise the decision of that court in the case of Tennessee Valley Sand & Gravel Company v. Pilling, Ala.App., 47 So.2d 236. After a careful consideration of the opinion and all matters before us for review, we are persuaded the petition must be denied.

FOSTER, LAWSON and STAKELY, JJ., concur.